UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN WILLIAM GENTRY, *ET AL.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC., <br><br><br> *Defendant.* | CASE NO. 3:13–cv–00030 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |
| ALIM ABDURAHMAN, *ET AL.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC., *ET AL.*, <br><br><br> *Defendants.* | CASE NO. 3:14–cv–00002 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |
| JIHAD ADBUL-MUMIT, *ET AL.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC., *ET AL.*, <br><br><br> *Defendants.* | CASE NO. 3:14–cv–00005 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying opinions, Plaintiffs' motions for reconsideration in the above-styled cases are **DENIED**.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  6th   day of April, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE